**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7160**

ADAM W. HALL,

   Plaintiff - Appellant,

  v.

THOMAS A. HAMILTON,

   Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, Chief District Judge. (1:18-cv-00365-MR)

Submitted: October 14, 2021      Decided: October 19, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adam W. Hall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adam W. Hall appeals the district court's order granting Defendant's motion for summary judgment and dismissing with prejudice Hall's 42 U.S.C. § 1983 complaint for failure to properly exhaust his administrative remedies. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Hall's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*